# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 05-C-1024

        v.

MICHAEL N. MANGOLD,

        Defendant.

## OPINION AND ORDER

The court ORDERS that the "Plaintiff's Motion to Correct the Record" (filed October 7. 2005) IS GRANTED. The Complaint is corrected to reflect the correct name of the Defendant, Michael N. Mangold. See Federal Rule of Civil Procedure 60(a).

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of October, 2005.

                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge