# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,           Case No. 05-C-1024

     v.

MICHAEL N. MANGOLD,

          Defendant.

## OPINION AND ORDER

The Plaintiff has moved for the entry of default and default judgment and has given timely notice to the Defendant. The Defendant has failed to answer or otherwise respond. Therefore, the court ORDERS that the "Amended Request for Entry of Default and Judgment" (filed February 13, 2006) IS GRANTED. The Clerk of Court shall enter default. <u>See</u> Federal Rule of Civil Procedure 55(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a default judgment as a separate document. <u>See</u> Federal Rule of Civil Procedure 55(b)(1).

IT IS FURTHER ORDERED that this action IS DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a default judgment as a separate document. <u>See</u> Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff United States of America brought this action against Defendant Michael N. Mangold before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the Defendant having failed to answer or otherwise respond,

IT IS ORDERED AND ADJUDGED

that the Defendant Michael N. Mangold shall pay the principal sum of One Hundred Ninety-Seven Thousand Two Hundred Eight Dollars and Ninety-0ne Cents ($197,208,91) to the Plaintiff United States of America; plus interest of Three Thousand Six Hundred Twenty-One Dollars and Seventy-Five Cents ($3,621.75) through July 21, 2005; plus interest at the annual rate of 6.00% from July 22, 2005, through the date of judgment, plus post judgment interest at the annual rate of 4.4% from the date of this judgment, plus Two Hundred Fifty Dollars ($250.00) in costs.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 24th day of February, 2006.


s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

2